Charles Coon et al., appellants, v. Morris G. Levinson et al., defendants.  Meyer Shapiro and Rose Shapiro, appellees.  Gen. No. 30,876.

Bill to foreclose trust deed.  Dismissed and deed and note ordered canceled on payment of debt as tendered.  Appeal from the Circuit

Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Reversed and remanded with directions. Opinion filed December 29, 1926. Rehearing denied January 12, 1927.

Stephen A. Cross, for appellants. Levisohn & Levisohn, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.